Argued February 9, reversed and remanded July 23, petition
for rehearing denied September 8, 1970

STATE HIGHWAY COMMISSION, *Appellant, v.*
STUPEK ET AL, *Respondents.*

472 P2d 835

*Glen V. Sorensen,* Assistant Attorney General,
Salem, argued the cause for appellant. With him on
the briefs were Leslie B. Hampton, Assistant Attorney
General, G. E. Rohde, Assistant Attorney General and
Chief Counsel for the Oregon State Highway Commis-
sion, and Lee Johnson, Attorney General, Salem.

*George W. Mead,* Portland, argued the cause for
respondents. With him on the brief was N. Robert
Stoll, Portland.

Before SCHWAB, Chief Judge, and FORT and
BRANCHFIELD, Judges.

BRANCHFIELD, J.

This is an action brought by the State of Oregon
by its Highway Commission to condemn certain land
required for widening, improvement and maintenance
of the Wauna-Westport section of the Columbia River
Highway. This taking was in connection with the plan
of improvement which included closure and relocation
of a portion of Wauna Road and the construction of
a new Wauna interchange, described in *State Highway
v. Hazapis,* 3 Or App 282, 472 P2d 831, Sup Ct *review
denied* (1970), decided this date.

The land here condemned is alongside the Co-
lumbia River Highway and across Wauna Road south-

easterly from the property taken in *Hazapis*, supra. Defendants owned 20.8 acres of land, of which the state has condemned 0.68 acres in this case. Prior to the highway improvement, this property abutted on Wauna Road for a distance of 90 feet. The taking reduced the frontage on Wauna Road from 90 feet to 40 feet. Wauna Road remains open for two-way traffic in a direction away from the Columbia River Highway, and is accessible from defendants' property by way of the 40 foot frontage.

The property remaining to the defendants abuts upon two other roads for a total distance of approximately 1700 feet. One of those is the "old" Columbia River Highway, the other is Driskell Slough Road. Access is available to those roads at any point, except where prevented by the terrain. Traffic from the remaining land can go in either direction on the "old" Columbia River Highway and Driskell Slough Road. Traffic on either road can enter the "new" Columbia River Highway at the new Wauna interchange, or at the Driskell Slough Road intersection which is at grade.

This case was tried in Circuit Court two weeks after *Hazapis*, supra. It raises the same legal questions. Those questions must be answered the same way.

Reversed and remanded for a new trial.